UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN PENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>TIME WARNER CABLE INC.,<br>a corporation and doing<br>business as TIME WARNER,<br>et al.<br><br>    Defendants. | Case No. EDCV 09-812-VAP<br>(RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Time Warner NY Cable Inc.; Time Warner Entertainment Company LP; Time Warner Entertainment-Advance Newhouse Partnership; and Antoinette Kelly.  The Court orders that such judgment be entered.

Dated: January 28, 2011

VIRGINIA A. PHILLIPS
United States District Judge