UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN PENDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIME WARNER CABLE INC.,<br>a corporation and doing<br>business as TIME WARNER,<br>et al.<br><br>　　　　Defendants. | Case No. EDCV 09-812-VAP<br>(RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Gina Gipson. The Court orders that such judgment be entered.

Dated: April 8, 2011

　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge