MORGAN, LEWIS & BOCKIUS LLP
ANNE M. BRAFFORD, State Bar No. 237574
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS, State Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
TIME WARNER CABLE, INC.

Michael L. DeFrank, Esq.
Law Offices of Michael L. DeFrank
35-325 Date Palm Drive, Suite 123
Cathedral City, CA 92234
Tel: (760) 202-3330 Fax: (760) 202-3088

Attorney for Plaintiff Warren Pender

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN PENDER,<br><br>        Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE INC., a corporation and doing business as TIME WARNER, et al.<br><br>        Defendant. | Case No. EDCV 09-00812-VAP(RZ)<br><br>Hon. Virginia A. Phillips<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

    Plaintiff Warren Pender ("Plaintiff") and Defendant Time Warner Cable, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1

STIPULATION OF DISMISSAL WITH PREJUDICE

DB2/ 22540189.1

of record, stipulate and agree that:

WHEREAS, on February 5, 2009, Plaintiff filed a Complaint against TWC in an action styled *Warren Pender v. Time Warner Cable, Inc. a corporation doing business as Time Warner Cable San Diego Division and as Time Warner Cable Desert Cities Division; Time Warner NY Cable, LLC; Time Warner Entertainment Company, L.P.; Time Warner Entertainment-Advance Newhouse Partnership; Antoinette Kelly; Individually and as Human Resources Director for the above-named co-defendants; Dina Gipson, Individually and as Manager of Customer Care for the above-named co-defendants; and Does 1 through 20, Inclusive* in the Riverside Superior Court (the "Action") in which he alleged the following claims (1) breach of contract, (2) breach of covenant of good faith and fair dealing, and (3) wrongful termination in violation of public policy;

WHEREAS, TWC timely removed the Action to the Central District of California, Eastern Division, and the Action was assigned Case Number EDCV 09-00812-VAP(RZ);

WHEREAS, by Order dated January 27, 2011, the District Court dismissed as parties to the Action Time Warner NY Cable, LLC; Time Warner Entertainment Company, L.P.; Time Warner Entertainment-Advance Newhouse Partnership; and Antoinette Kelly;

WHEREAS, by Order dated April 6, 2011, the District Court dismissed Dina Gipson as a party to the Action.

WHEREAS, Plaintiff and TWC now desire to settle fully and finally all differences between them, including, but in no way limited to, any differences that might arise out of Plaintiff's employment with TWC and/or separation therefrom;

WHEREAS, on June 23, 2011 the Parties reached an agreement in principle to settle this action;

WHEREAS, on July 11, 2011 the Parties executed a final settlement agreement.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

2

STIPULATION OF DISMISSAL WITH PREJUDICE
DB2/ 22540189.1

NOW, therefore, the parties stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims for relief in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own respective fees and costs.

Dated: July 21, 2011

MORGAN, LEWIS & BOCKIUS LLP

By /s/
Jason S. Mills
Attorneys for Defendants Time Warner Cable, Inc.

Dated: July 21, 2011

LAW OFFICES OF MICHAEL L. DEFRANK

By /s/
Michael L. DeFrank
Attorneys for Plaintiff
Warren Pender

IT IS SO ORDERED
Dated: July 26, 2011

_____
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE